UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 98-7141

───────────────

WILLIAM LEE SCOTT,

Petitioner - Appellant,

versus

NORTH CAROLINA ATTORNEY GENERAL; JOSEPH
PICKELSIMER, Superintendent; PIEDMONT CORREC-
TIONAL INSTITUTION; MACK JARVIS, Secretary of
Correction,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  James A. Beaty, Jr., District
Judge.  (CA-97-1158-1)

───────────────

Submitted:  February 23, 1999          Decided:  October 13, 1999

───────────────

Before NIEMEYER, HAMILTON, and LUTTIG, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

William Lee Scott, Appellant Pro Se.  Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Lee Scott seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Scott's motion to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. Scott v. North Carolina Attorney Gen., No. CA-97-1158-1 (M.D.N.C. June 24, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2